UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MOHAMMED IBRAHIM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:23-CV-117-PPS-JEM |
| ) | |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The parties filed a Joint Stipulation to Dismiss Plaintiff's Complaint [DE 15]. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation to Dismiss [DE 15] is **GRANTED**. Because the stipulation does not sate otherwise, the stipulation is without prejudice. Fed. R. Civ. P. 41(a)(1)(B). The Clerk is **ORDERED** to **DISMISS** this action **WITHOUT PREJUDICE**. Each party will bear their own costs. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

SO ORDERED.

ENTERED: October 19, 2023.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**